THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01883-MJW

DONALD E. FYMBO, Individually, and d/b/a
FYMBO & ASSOCIATES, as an Assignee of the Claims of
C & R CUSTOM REPAIRS LLP a/k/a C.R. CUSTOM REPAIRS, LLC,

    Plaintiff,

v.

WESTERN HERITAGE INSURANCE COMPANY, a Foreign Corporation
domiciled in Colorado; and
LINDA KIESLER, Claims Analyst,

    Defendants.

---

## ORDER DISMISSING ALL CLAIMS WITH PREJUDICE ( Docket No. 13 )

---

This matter comes before the Court upon the Plaintiff's and Defendant Western Heritage Insurance Company's *Stipulated Motion to Dismiss All Claims With Prejudice* in the captioned matter. The Court, having reviewed the same, and being fully advised of the premises, hereby finds and concludes:

The Stipulated Motion for Dismissal with Prejudice of this action is hereby GRANTED. All claims asserted by Plaintiff against Defendants in this action are hereby dismissed with prejudice, each party to pay his, her, or its own attorney fees and costs.

DONE AND SIGNED this 5TH day of August, 2014.

                BY THE COURT:

                */s/ Michael J. Watanabe*

                MICHAEL J. WATANABE
                U.S. MAGISTRATE JUDGE
                DISTRICT OF COLORADO